# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA LAWYERS FUND FOR CLIENT SECURITY,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | |
| **SHARMIL MCKEE,** | : | |
| *Defendant.* | : | NO. 23-cv-00535 |

# O R D E R

**AND NOW,** this 5th day of October 2023, upon consideration of Appellant's Brief (ECF No. 11), Appellee's Brief (ECF No. 15), Appellant's Reply Brief (ECF No. 17), and Appellee's Sur-reply Brief (ECF No. 23), it is hereby **ORDERED** that:

1. The Bankruptcy Court's Order dated January 30, 2023 is **AFFIRMED**; and

2. All matters having been disposed of, the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**